[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1233.]

HOPPES BUILDERS AND DEVELOPMENT COMPANY *v*. HURREN BUILDERS, INC. ET AL.; ERB LUMBER COMPANY, APPELLANT; COLE ACTON HARMON DUNN, L.P.A., APPELLEE.

[Cite as *Hoppes Bldrs. & Dev. Co. v. Hurren Bldrs., Inc.*, 1998-Ohio-641.]

*Appeal dismissed as improvidently allowed.*

(No. 96-2702—Submitted January 13, 1998—Decided March 4, 1998.)

APPEAL from the Court of Appeals for Clark County, No. 96-CA-23.

————————————

*Klein & Zegarski, Daniel S. Zegarski* and *Stephen E. Klein*, for appellant.

*Cole Acton Harmon Dunn, L.P.A.*, and *Joseph A. Dunn*, for appellee.

*Thompson, Hine & Flory, L.L.P., J. Raymond Prohaska* and *Anne E. Hadden*, urging affirmance for *amicus curiae*, Ohio Land Title Association.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————